## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JUANA SCHRIBER, ) | CASE NO. 7:22-cv-00213 |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| LA CASITA MOTEL AND ) | |
| NANCY SAUCEDO a.k.a. NANCY L. SAUCEDO, ) | |
| ) | |
| Defendants. ) | |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff JUANA SCHRIBER ("Plaintiff") and Defendants LA CASITA MOTEL AND NANCY SAUCEDO a.k.a. NANCY L. SAUCEDO ("Defendants"), file this stipulation of dismissal with prejudice pursuant to Federal Rule Civil Procedure. 41(a)(1)(A)(ii), and hereby stipulate to the dismissal of all claims in the above action, with prejudice and without costs, with each party to bear his own attorney's fees and costs.

DATED: March 27, 2023


| /s/ James M. Dore | /s/ Nolan Klein |
|---|---|
| **Justicia Laboral LLC** | **S.D. Texas Bar No. 3736373** |
| *Attorney-in-charge for Plaintiff* | *Attorney-in-charge for Defendants* |
| James M. Dore (TX Bar # 24128272) | 5550 Glades Road, Suite 500 |
| *Attorneys for Plaintiffs* | Boca Raton, FL 33431 |
| 6232 N. Pulaski Road, Suite 300 | Phone: (954) 745-0588 |
| Chicago, IL. 60646 | |
| P: 773-415-4898 | |
| E: jdore@justicialaboral.com | |